**Lawrence Michael HARRISON, Sr., Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee,**

**and**

**United States Department of Justice; Federal Bureau of Investigation; Internal Revenue Service; Bureau of Prisons, Defendants.**

**No. 00–7307.**

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 21, 2001.

Lawrence Michael Harrison, Sr., pro se. Fenita Morris Shepard, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Lawrence Michael Harrison, Sr., appeals the district court's order denying his claim for damages under the FTCA. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Harrison v. United States,* No. CA–99–513 BR (E.D.N.C. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*